■ In the Matter of Abdus Shahid, Appellant, v City of New York, Respondent. [41 NYS3d 433]—In a proceeding pursuant to CPLR article 78 to vacate and set aside liens imposed by the respondent upon real property owned by the petitioner for unpaid property taxes and other charges, the petitioner appeals from an order of the Supreme Court, Kings County (Baynes, J.), dated March 5, 2015, which denied his motion for

leave to reargue his opposition to the respondent's motion to dismiss the petition, which was granted in a prior order and judgment (one paper) of the same court dated January 9, 2015.

Ordered that the appeal is dismissed, with costs.

The petitioner's appeal from the order dated March 5, 2015, which denied his motion for leave to reargue his opposition to the respondent's motion to dismiss the petition, must be dismissed, as no appeal lies from an order denying reargument (*see Jin C. v Juliana L.*, 137 AD3d 1063, 1063 [2016]; *Matter of Joyner v New York State Div. of Parole*, 114 AD3d 792, 792 [2014]). Leventhal, J.P., Cohen, Miller and LaSalle, JJ., concur.